Philip P. Mann, WSBA No. 28860
**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206-436-0900
phil@mannlawgroup.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>          **Plaintiff,**<br>    v.<br><br>**SCHWEITZER ENGINEERING LABORATORIES, INC.,**<br><br>          **Defendant.** | CASE NO. 22-cv-0300<br><br>**PLAINTIFF'S MOTION TO ADMIT DAVID R. BENNETT PRO HAC VICE**<br><br>Date: January 12, 2023<br>Time: 10:00 a.m.<br>**Without Oral Argument** |

Pursuant to Local Rule 83.2(c), Philip P. Mann, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, respectfully moves for admission of David R. Bennett ("Applicant") to appear pro hac vice in this matter.

Applicant's contact and admission information is set forth below:

> David R. Bennett
> Direction IP Law
> P.O. Box 14184
> Chicago, IL 60614-0184
> (312) 291-1667
> dbennett@directionip.com

Bennet Pro Hac - 1

## Admissions:

- Bar for the State of Illinois (December 16, 1997)
- United States District Court for the Northern District of Illinois (March 4, 1998)
- United States Court of Appeals for the Federal Circuit (May 9, 2000)
- United States District Court for the Western District of Wisconsin (May 20, 2008)
- United States District Court for the for the Eastern District of Texas (2010)
- United States District Court for the Western District of Texas (Sept. 24, 2014)
- United States District Court for the District of Colorado (January 25, 2019)
- United States District Court for the Central District of Illinois (February 25, 2019)
- United States District Court for the Southern District of Illinois (September 13, 2022).

Applicant is a member in good standing of the state bar of Illinois and has not been subject to any disciplinary action by any court or bar association. Applicant maintains a practice in Chicago, Illinois with the law firm of Direction IP Law.

Applicant requests permission to continue to assist Mann Law Group, in its representation of Plaintiff in this action via pro hac vice admission with this Court.

The name, address, and phone number of admitted counsel with whom the Applicant will be associated:

    Philip P. Mann, WSBA No: 28860
    MANN LAW GROUP PLLC

403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206-436-0900
phil@mannlawgroup.com

These attorneys have offices in Washington State and are admitted to practice in this Court and shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case.

The required filing fee of $200.00 is tendered herewith pursuant to Local Rule 83.2(c)(1).

DATED this 13th day of December, 2022.

By: s/ *Philip P. Mann*
Philip P. Mann,  WSBA No. 28860
**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
email: phil@mannlawgroup.com

Together with:

David R. Bennett
(Application for Admission *Pro Hac Vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff Swirlate IP LLC*