Philip P. Mann, WSBA No. 28860
**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900
phil@mannlawgroup.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>               **Plaintiff,**<br>  v.<br><br>**SCHWEITZER ENGINEERING LABORATORIES, INC.,**<br><br>               **Defendant.** | **CASE NO. 22-cv-0300**<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER**<br><br>**Date: February 27, 2023**<br>**Time: 10:00 a.m.**<br>**Without Oral Argument** |

      Pursuant to Fed. R. Civ. P 6(b), Plaintiff respectfully requests that the deadline for Defendant Schweitzer Engineering Laboratories, Inc. to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement in this action be extended 60 days until April 3, 2023. Defendant has not yet appeared before the Court but has requested and does not oppose this extension. Plaintiff does not oppose Defendant's request for the extension.

      DATED this 27th day of January, 2023.

                                                            By: s/ *Philip P. Mann*

Extension of Time - 1

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

Philip P. Mann,  WSBA No. 28860
**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
email: phil@mannlawgroup.com

Together with:

David R. Bennett
(*Admitted Pro Hac Vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff Swirlate IP LLC*