FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SWIRLATE IP LLC., a Texas limited liability company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SCHWEITZER ENGINEERING LABORATORIES, INC, a Washington corporation.<br><br>　　　　Defendant. | No. 2:22-CV-00300-SAB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

　　　　Before the Court is Plaintiff's Unopposed Motion for Extension of Time for Defendant to Answer, ECF No. 5. The motion was heard without oral argument. Plaintiff is represented by David R. Bennett and Philip P. Mann. Plaintiff requests that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint be extended 60-days to April 3, 2023. Defendant has not yet appeared before the Court but, according to Plaintiff, has requested and does not oppose the extension. The Court finds good cause to grant the extension of time.

　　　　Accordingly**, IT IS HEREBY ORDERED:**

　　　　1.　　Plaintiff's Unopposed Motion for Extension of Time for Defendant to Answer, ECF No. 5, is **GRANTED**.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME # 1**

2. Defendant may respond to Plaintiff's Complaint, ECF No. 1, no later than April 3, 2023.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of February 2023.



Stanley A. Bastian
Chief United States District Judge