UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>　　　　　　Plaintiff,<br>　v.<br>**SCHWEITZER ENGINEERING LABORATORIES, INC.,**<br><br>　　　　　　Defendant. | CASE NO. 22-cv-0300<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

　　　Plaintiff Swirlate IP LLC hereby files this Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Swirlate IP LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

　　　DATED this 24th day of February, 2023.

　　　　　　　　　　　　　　　　　By: s/ *Philip P. Mann*　　　　　
　　　　　　　　　　　　　　　　　Philip P. Mann,  WSBA No. 28860
　　　　　　　　　　　　　　　　　**MANN LAW GROUP PLLC**

Voluntary Dismissal - 1

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
email: phil@mannlawgroup.com

Together with:

David R. Bennett
(Application for Admission *Pro Hac Vice*
to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff Swirlate IP LLC*