FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SWIRLATE IP LLC., a Texas limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHWEITZER ENGINEERING LABORATORIES, INC, a Washington corporation.<br><br>    Defendant. | No. 2:22-CV-00300-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice, ECF No. 7. Plaintiff is represented by David R. Bennett and Philip P. Mann. Defendant has not made an appearance and does not have representation.

    Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

//
//
//
//
//
//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal without Prejudice, ECF No. 7, is **GRANTED**.

2. The above-captioned action is **DISMISSED without prejudice**, with each party to bear their own costs, attorneys' fees and expenses.

**IT IS SO ORDERED**. The Clerk of the Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 11th day of April 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**